IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

SHIRLEY LORRAINE WILLIAMS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendant.

No. 1:10-cv-194-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review legal principles *de novo*. See Robbins v. Carey, 481 F.3d 1143, 1147 (9th Cir. 2007).

    I agree with Magistrate Judge Clarke that plaintiff's

1 - ORDER

application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, should be granted.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#30) is adopted. Plaintiff's application for $8,661.67 in attorney's fees (#25) is granted.

IT IS SO ORDERED.

DATED this __15__ day of August, 2012.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER