Case 1:10-cv-00194-CL    Document 32    Filed 08/15/12    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| SHIRLEY LORRAINE WILLIAMS, | No. 1:10-cv-194-CL |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | **ORDER** |
| Defendant. | |

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review legal principles *de novo*. See Robbins v. Carey, 481 F.3d 1143, 1147 (9th Cir. 2007).

I agree with Magistrate Judge Clarke that plaintiff's

1 - ORDER

application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, should be granted.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#30) is adopted. Plaintiff's application for $8,661.67 in attorney's fees (#25) is granted.

IT IS SO ORDERED.

DATED this __15__ day of August, 2012.

*(signature)*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER